1  JAMES R. WILLIAMS, County Counsel (S.B. #271253)
   JOSEPH M. LAKE, Deputy County Counsel (S.B. #246679)
2  OFFICE OF THE COUNTY COUNSEL
   70 West Hedding Street, East Wing, Ninth Floor
3  San Jose, California  95110-1770
   Telephone: (408) 299-5900
4  Facsimile:  (408) 292-7240

5  Attorneys for Defendant
   COUNTY OF SANTA CLARA

6

7

8                    UNITED STATE DISTRICT COURT
             FOR THE NORTHERN DISTRICT OF CALIFORNIA
9                         (San Jose Division)

10

11 | JOHNNY WALLS,                          | No.   16-CV-06963 EJD
12 |         Plaintiff,                     | **DEFENDANT COUNTY OF SANTA CLARA'S NOTICE OF UNAVAILABILITY OF COUNSEL**
13 | v.                                     |
14 | THE COUNTY OF SANTA CLARA, a           |
   | California municipal corporation; and DOES 1-
15 | 10, inclusive,                         |
16 |         Defendants.                    |

17

18     Please take notice that Deputy County Counsel Joseph M. Lake will be out of the office and

19 unavailable from February 16, 2017 through March 3, 2017.  During this time, counsel will be

20 unavailable to respond to notices, discovery, motions or any other matter.  Serving matters which

21 require a timed response or scheduling matters which require an appearance during this time can be

22 / /

23 / /

24 / /

25 / /

26 / /

27 / /

28 / /

                                        1

punished by the court with the imposition of sanctions. *Tenderloin Housing Clinic v. Sparks* (1992) 8 Cal.App.4th, 299.

Dated:  February 15, 2017

Respectfully submitted,

JAMES R. WILLIAMS
County Counsel

By: _____/S/_____
JOSEPH M. LAKE
Deputy County Counsel

Attorneys for Defendant
COUNTY OF SANTA CLARA

1481748